**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **FRANKLIN SPORTS, INC.,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 01-CV-159 PAM/JGL** |
| **vs.** | ) | |
| **ROBERT GENTILE, an individual, and SUN HOCKEY, INC.,** | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SUN HOCKEY, INC. TO RESPOND TO COMPLAINT** |
| **Defendants.** | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for defendant Sun Hockey, Inc., to answer, move or otherwise respond to plaintiffs' Complaint will be extended to April 27, 2001.

Dated: March 19, 2001

Nicole A. Engisch
Nicole A. Engisch (#215284)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

Joseph B. Bowman
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
(816) 474-6550

**ATTORNEYS FOR PLAINTIFF FRANKLIN SPORTS, INC.**

MAR 20 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2059299v1

Dated: March __, 2001

Sholly A. Blustin (#186879)
BLUSTIN & ASSOCIATES P.L.L.C.
5775 Wayzata Boulevard, Suite 700
Minneapolis, MN 55416
(763)550-1133

**ATTORNEYS FOR DEFENDANT SUN HOCKEY, INC.**

**IT IS SO ORDERED.**

Dated: March 20, 2001.

BY THE COURT:

Jonathan G. Lebedoff
United States Magistrate Judge