**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **FRANKLIN SPORTS, INC.,** | ) | **Civil Action No: 01-CV-195 PAM/JGL** |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| **ROBERT GENTILE, and individual, and SUN HOCKEY, INC.,** | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SUN HOCKEY, INC. TO RESPOND TO COMPLAINT** |
| **Defendants.** | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for defendant Sun Hockey, Inc., to answer, move or otherwise respond to Plaintiff's Complaint will be extended until May 21, 2001.

Dated: May 8, 2001

Nicole A. Engisch

Nicole A. Engisch (#215284)
LEONARD, STREET AND DEINARD, PA
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Joseph B. Bowman
SHOOK, HARDY & BACON LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
(816) 474-6550

**ATTORNEYS FOR PLAINTIFF FRANKLIN SPORTS, INC.**

MAY 0 9 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 7, 2001

Brian M. Sund (#198213)
Sholly A. Blustin (#186879)
MORRISON, FENSKE, SUND, SELIGMAN & BLUSTIN
5125 County Road 101, Suite 102
Minnetonka, MN 55345
(952) 975-0050

**ATTORNEYS FOR DEFENDANT SUN HOCKEY, INC.**

**IT IS SO ORDERED.**

Dated: 8, 2001

BY THE COURT:

Jonathan G. Lebedoff
United States Magistrate Judge