UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRANKLIN SPORTS, INC.,

Plaintiff, Civil Action No. 01-CV-159 PAM/JGL

v.

ROBERT GENTILE, an individual,
and SUN HOCKEY, INC.,

Defendants.

**STIPULATION AND ORDER**

Plaintiff Franklin Sports, Inc. ("Plaintiff") and Defendant Sun Hockey, Inc. by and through their undersigned counsel, hereby stipulate and agree that Plaintiff has granted Defendant Sun Hockey, Inc. an extension of time, until June 29, 2001, in which Defendant may answer or otherwise respond to the Complaint which has been filed in the action above-entitled.

JUN 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 20, 2001

**LEONARD, STREET AND DEINARD**

Nicole Engisch (#215284)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1500

Of counsel:
Joseph B. Bowman
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
Telephone: (816) 474-6550

**ATTORNEYS FOR PLAINTIFF FRANKLIN SPORTS, INC.**

Dated: June 19, 2001

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**

Randall T. Skaar (#165013)
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 349-5740

**ATTORNEYS FOR DEFENDANT SUN HOCKEY, INC.**

**ORDER**

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that Defendant Sun Hockey, Inc., is hereby granted an extension of time until June 29, 2001, in which to answer or otherwise respond to the Complaint filed in the action above-entitled.

BY THE COURT

Dated: June 26, 2001 ______________________________