UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Franklin Sports, Inc., Civil File No. 01-159 (PAM/JGL)

Plaintiff,

v. **ORDER**

Robert Gentile and Sun Hockey, Inc.,

Defendants.

---

This matter is before the Court on Plaintiff's Request for Oral Argument. The Court has reviewed the submissions of both parties relating to this issue. On the basis of that review, the Court denies Plaintiff's request. Plaintiff did not timely request oral argument, and Defendant, the moving party, has withdrawn its request for oral argument.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Request for Oral Argument is **DENIED**.

Dated: July 2, 2001

Paul A. Magnuson
United States District Court Judge

FILED JUL 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________