**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **FRANKLIN SPORTS, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ROBERT GENTILE, an individual, and SUN HOCKEY, INC.,**<br><br>**Defendants.** | **Civil Action No. 01-CV-159 PAM/JGL**<br><br>**STIPULATION AND ORDER TO STAY ACTION AGAINST DEFENDANT SUN HOCKEY, INC. PENDING ARBITRATION** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the action against Defendant Sun Hockey, Inc. be stayed pending arbitration of the dispute between Plaintiff Franklin Sports, Inc. and Defendant Sun Hockey, Inc

Dated: July 16, 2001

Eric D. Paulsrud

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

Joseph B. Bowman
SHOOK, HARDY & BACON L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
(816) 474-6550

**ATTORNEYS FOR PLAINTIFF FRANKLIN SPORTS, INC.**

2103645v1

FILED JUL 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 16, 2001

Randall T. Skaar (#165013)

PATTERSON, THUENTE, SKAAR &
CHRISTENSEN, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 349-5740

**ATTORNEYS FOR DEFENDANT SUN HOCKEY, INC.**

**IT IS SO ORDERED.**

BY THE COURT:

Dated: July 21, 2001.

The Honorable Paul A. Magnuson
United States District Court Judge

2103645v1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500