UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Franklin Sports Inc.

Plaintiff,

v.

**ORDER**
Civil 01-159 PAM/JGL

Sun Hockey, Inc.

Defendant.

It has recently come to the attention of the court for some reason, such as an agency action, an appeal or a concurrent case in another court, no action can presently be taken in this case pending before the court. The court, therefore will administratively terminate this case. An order administratively terminating a case is purely an administrative device for the convenience of the court and in no way affects the substantive rights of the parties to proceed before the court at a later date. To terminate a case administratively means to close a case for statistical purposes in the Office of the Clerk and the Administrative Office of the United States Courts. The case in actuality remains active and pending before the court, but it is statistically inactive. An administratively closed case can be easily opened by a simple order of the court when the case is in a posture that the court can once again go forward with it. The case then becomes a statistically active case and resumes the same status it had before the termination without prejudice to the rights of the parties involved.

FEB 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, **IT IS ORDERED** that:

The Clerk of Court administratively terminate this case in his records without prejudice to the right of the parties to move to reopen the proceedings for good cause, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation.

Dated: February 7, 2002

**PAUL A. MAGNUSON, JUDGE**
United States District Court